PFLUGER, Appellant, v. INTERBOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Matilda Pfluger against the Interborough Rapid Transit Company. No opinion. Under the proofs in this case, there was an issue for the jury whether warning was or should have been given, and whether plaintiff was guilty of contributory negligence. The judgment and order are therefore reversed, and a new trial granted; costs to abide the event.

PHILLIPS, Respondent, v. GEORGE D. POHL MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by William J. Phillips against the George D. Pohl Manufacturing Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict of the jury is against the weight of the evidence upon the question of the alleged breach of warranty submitted to the jury.

ROBSON, J., dissents.

PICKERT, Respondent, v. BATAVIA RUBBER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by John Pickert, Jr., an infant, etc., against the Batavia Rubber Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $10,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Held, that the verdict is against the weight of the evidence and is excessive.

PLATT, Respondent, v. J. M. GREIG CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 9, 1915.) Action by J. Mills Platt against J. M. Greig Company. No opinion. Judgment affirmed, with costs. See, also, 152 N. Y. Supp. 1137.

POLLITZ v. WABASH R. CO. et al. (three cases). (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by James Pollitz against the Wabash Railroad Company and others. No opinion. Motions for reargument (in 167 App. Div. 669, 152 N. Y. Supp. 803) denied, without costs.

POOH et al., Appellants, v. WOODS et al., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Hor Pooh and another against Arthur Woods, individually, etc., and others. M. J. Katz, of New York City, for appellants. E. C. Kindleberger, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

POST, Respondent, v. BURGER & GOHLKE et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the claim of William Post for compensation under the Workmen's Compensation Commission, against Burger & Gohlke, employer, and another, insurance carrier. No opinion. Motion granted. See, also, 153 N. Y. Supp. 505.

POTOSKY v. GREAT EASTERN CASUALTY CO. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Edwin Potosky against the Great Eastern Casualty Company. No opinion. Application denied, with $10 costs. Order signed.

In re POTTER. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of Charlotte Potter, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

PRITZ v. G. B. BEAUMONT CO. (Supreme Court, Appellate Division, Third Department. September 21, 1915.) In the matter of the claims of Rudolph E. Pritz for compensation under the Workmen's Compensation Law (Consol. Laws, c. 67) against G. B. Beaumont Company, employer, and London Guarantee and Accident Company, insurer, appellants. No opinion. Award reversed, and claim disallowed.

In re PROPOSED INCORPORATION OF VILLAGE OF SOUTH DAYTON. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Appeal from Cattaraugus County Court. Richard A. Hall, of Cherry Creek, for appellant House. Lynn R. Van Vlack, of South Dayton, for respondent.

PER CURIAM. Order appealed from (153 N. Y. Supp. 1139) affirmed, without costs. See Village Law (Consol. Laws, c. 64) § 18.

PURDY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by E. May Purdy against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days after entry of this order plaintiff stipulates to reduce the recovery of damages to the sum of $4,000, in which event the judgment as so modified, and the order, are unanimously affirmed, without costs.

PURDY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Frederick Purdy against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.